# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0692

_____

LARRY JEROME WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.

February 4, 2026

PER CURIAM.

The circuit court dismissed without prejudice Appellant's motion to correct illegal sentence. Because such an order is not a final, appealable order, this cause is dismissed for lack of jurisdiction. *See Griffin v. State*, 385 So. 3d 1128, 1129 (Fla. 1st DCA 2024) (finding order dismissing motion to correct illegal sentence was nonfinal and not appealable where dismissal was without prejudice).

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Larry Jerome Williams, pro se, Appellant.

No appearance for Appellee.